ISAAC MENDELSOHN, Respondent, *v.* JOSEPH ROSENBERG, Appellant, and HARRY GLEICH et al., Respondents, Impleaded with Another.

(Submitted March 5, 1935; decided March 19, 1935.)

*Lloyd B. Kanter* and *Leonard Ring* for appellant.

*Benjamin Cohen* for plaintiff, respondent

*Samuel K. Goldstein* and *Meyer B. Goldstein* for Dave Bernstein, defendant-respondent.

Judgment affirmed, with costs, upon the ground that there was discretion in the court to appoint the receiver. The question whether the judgment can be enforced by contempt proceedings under subdivision 4 of section 505 of the Civil Practice Act is not now before this court. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.